

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00268-CV

JO A. MOORE AND ANTHONY MOORE, APPELLANTS

V.

JOHN A. HURTADO, APPELLEE

On Appeal from the County Court at Law No. 2
Bexar County, Texas
Trial Court No. 393075, Honorable Jason Wolff, Presiding

October 24, 2014

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Jo A. Moore and Anthony Moore filed a notice of appeal on June 26, 2014. We dismiss it for want of prosecution.

Appellants' brief was due on September 29, 2014, but was not filed. This Court notified appellants on October 7, 2014, that the due date had lapsed, that the brief had not been filed, and that if it was not received by October 17, 2014, the appeal would be dismissed for want of prosecution. To date, neither a brief nor a motion to extend the deadline for filing same has been received by the Court.

Accordingly, we dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1), 42.3(b).  We refer appellants to Texas Rule of Appellate Procedure 49; it concerns requests for rehearing.  Should appellants file such a motion accompanied by a brief comporting with the Rules of Appellate Procedure, it will be considered in due course.

Per Curiam